**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| ACCELERATE LEARNING INC., | ) ) ) ) | Civil Action No. 4:16-cv-02665 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| RENAISSANCE LEARNING, INC., | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES**

Defendant, Renaissance Learning, Inc. is a wholly owned subsidiary of Raphael Intermediate Holding Company, which is a wholly-owned subsidiary of Raphael Holding Company.  Raphael Holding Company is owned by the following entities and groups of individuals:

- HF Continuing Partnership VII

- HF Continuing Partnership VII Parallel

- HF Continuing Partnership VII Parallel-A

- HF Continuing Partnership Executives VII

- Google, Inc.

- Company Management

Respectfully Submitted,

Date: September 16, 2016

*/s/ David L. Terrell*
Robert J. McAughan
David L. Terrell
Sutton McAughan Deaver PLLC
3 Riverway, Suite 900
(713) 800-5700 (telephone)
(713) 800-5699 (facsimile)
bmcaughan@smd-iplaw.com
dterrell@smd-iplaw.com

Counsel (to file for pro hoc vice appearance):
Scott W. Johnston (MN #247558)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax:  612.332.9081
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document was served on the

following counsel, via email on September 16, 2016:


Donald D. Jackson
Texas Bar No. 00787753
Mini Kapoor
Texas Bar No. 24080969
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: 713-547-2026
Telecopier: 713-236-5645
donald.jackson@haynesboone.com

David Bell
Texas Bar No. 24036209
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: 214-651-5248
Telecopier: 214-200-0822
david.bell@haynesboone.com


_/s/ David L. Terrell_____
David L. Terrell