IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ACCELERATE LEARNING INC., | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 4:16-cv-2665 |
| RENAISSANCE LEARNING, INC., | § § | |
| Defendant. | § § | |

**PLAINTIFF ACCELERATE LEARNING INC.'S**
**<u>CERTIFICATE OF INTERESTED PARTIES</u>**

Plaintiff Accelerate Learning Inc., files this Certificate of Interested Parties pursuant to the Court's Order for Conference and Disclosure of Interested Parties issued September 6, 2016.

Accelerate Learning Inc. certifies that, based on its knowledge at the current stage of the proceedings, the persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other individuals or legal entities that are financially interested in the outcome of this litigation are:

1. Accelerate Learning Inc.;

2. William Marsh Rice University;

3. Owl Ventures, L.P.;

4. Owl Ventures Management, LLC;

5. <u>Renaissance Learning, Inc.</u>;

6. <u>Hellman & Friedman;</u>

7. Other interested parties identified by Renaissance Learning, Inc.

   a. HF Continuing Partnership VII;

   b. HF Continuing Partnership VII Parallel;

   c. HF Continuing Partnership VII Parallel-A;

    d. HF Continuing Partnership Executives VII;

    e. <u>Google, Inc.</u>;

    f. Company Management.

  This Certificate of Interested Parties will be updated should any additional information become available in the future.

              Respectfully submitted,

              HAYNES AND BOONE, LLP

              By:*/s/ Donald D. Jackson*
                Donald D. Jackson
                Federal I.D. No. 17137
                Texas Bar No. 00787753
                1221 McKinney Street, Suite 2100
                Houston, Texas 77010
                Telephone:  713-547-2026
                Telecopier:  713-236-5645
                *donald.jackson@haynesboone.com*

                ATTORNEY IN CHARGE FOR
                PLAINTIFF ACCELERATE LEARNING
                INC.

OF COUNSEL:

Mini Kapoor
Federal I.D. No. 1692359
Texas Bar No. 24080969
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: 713-547-2261
Telecopier: 713-236-5673
*mini.kapoor@haynesboone.com*

David Bell
Texas Bar No. 24036209
2323 Victory Ave., Suite 700
Dallas, TX  75219
Telephone:  214-651-5248
Telecopier:  214-200-0853
*david.bell@haynesboone.com*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 20th day of September 2016, a copy of the foregoing instrument was served on the following, in the manner indicated below.

| | |
|---|---|
| Robert J. McAughan<br>David L. Terrell<br>SUTTON MCAUGHAN DEAVER PLLC<br>3 Riverway, Suite 900<br>Houston, TX 77056<br>Phone: 713-800-5700<br>Fax: 713-800-5699<br>*bmcaughan@smd-iplaw.com*<br>*dterrell@smd-iplaw.com* | ***Via Electronic Case Filing***<br>***and Via Email bmcaughan@smd-iplaw.com***<br>***and Via Email dterrell@smd-iplaw.com*** |
| Scott W. Johnston<br>Danielle I. Mattessich<br>MERCHANT & GOULD, P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Phone: 612-332-5300<br>Fax: 612-332-9081<br>*sjohnston@merchantgould.com*<br>*dmattessich@merchantgould.com* | ***Via sjohnston@merchantgould.com***<br>***and Via dmattessich@merchantgould.com*** |

                  /s/ *Donald D. Jackson*
                  Donald D. Jackson